Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
July 27, 2006

Clerk, United States District Court
for the Eastern District of Arkansas
Richard Sheppard Arnold United States Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

### IN RE: MDL-1772 In re SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entreed by the Judicial Panel on Multidistrict Litigation. The Order became effective on 7/27/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send us your file, please refer and type on your cover letter our Civil Action number.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Skylar S. Jordan v. National Association of Securities Dealers, Inc.** | C.A. No. 4:06-366 | C.A. No. 1:06-1324 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _Katherine S. Snuffer_
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:  MDL Panel, Clerk
    Nancy Mayer-Whittington, Clerk
    Judge John D. Bates
    Tim Bradley, Courtroom Clerk
    MDL Misc. Case 06-355