Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
August 3, 2006

Clerk, United States District Court
for the Southern District of Iowa
123 East Walnut Street, Room 300
P.O. Box 9344
Des Moines, IA 50306-9344

IN RE: MDL-1772 In re SERIES 7 BROKER
QUALIFICATION EXAM SCORING LITIGATION

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 7/28/06. We have assigned a new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| Title of Case | Your Number | Our Number |
|---|---|---|
| Christopher Wilson v. National Association of Securities Dealers, Inc. | C.A. 4:06-272 | C.A. 1:06-1377 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist

cc: MDL Panel, Clerk
Nancy Mayer-Whittington, Clerk
Judge John D. Bates
Tim Bradley, Courtroom Clerk
MDL Misc. Case No. 06-355