Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
August 3, 2006

Clerk, United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## IN RE: MDL-1772 In re SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 7/28/06. We have assigned a new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover leter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **James Bruen v. National Association of Securities Dealers, Inc., et al.** | C.A. No. NYS 1:06-2934 | C.A. 1:06-1378 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist

cc:  MDL Panel, Clerk
     Nancy Mayer-Whittington, Clerk
     Judge John D. Bates
     Tim Bradley, Courtroom Clerk
     MDL Misc. Case No. 06-355