Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
August 3, 2006

Clerk, United States District Court
for the Eastern District of Pennsylvania
Office of the Clerk of Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA. 19106-1797

**IN RE: MDL-1772 In re SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 7/28/06. We have assigned a new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Mark Russo v. National Association of Securities Dealers, Inc., et al.** | C.A. No. 2:06-2246 | C.A. 1:06-1381 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge John D. Bates
      Tim Bradley, Courtroom Clerk
      MDL Misc. Case No. 06-355