IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | Misc. Action No. 06-355 (JDB); MDL Docket No. 1772 |
| This Document Relates To:<br><br>ALL ACTIONS | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, **EMERSON POYNTER LLP**, representing Plaintiff in Jordan v. NASD, Case No. 1:06-cv-1324 has moved. The firm's new mailing address is as follows:

**EMERSON POYNTER LLP**
The Museum Center
**500 President Clinton Avenue, Suite 305**
**Little Rock, Arkansas 72201**
**Telephone: (501) 907-2555**
**Facsimile: (501) 907-2556**

Dated: August 15, 2006.

EMERSON POYNTER LLP

_____s/ Scott E. Poynter_____
Scott E. Poynter
John G. Emerson
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201
Telephone: (501) 907-2555
Facsimile: (501) 907-2556
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, a true and correct copy of the above and foregoing was electronically filed and served and was also sent by U.S. first-class mail, postage prepaid, on the following Counsel.

                                 s/ Scott E. Poynter
                                 Scott E. Poynter

David J. Antezak
DRINKER BIDDLE & REATH, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Steven N. Berk
CUNEO GILBERT & LADUCA
507 C Street, NE
Washington, DC 20002

Frederic S. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

James P. Karen
JONES DAY
2727 North Harwood Street
Dallas, TX 75201

Dennis E. Murray, Jr.
MURRAY & MURRAY CO., LPA
111 East Shoreline Drive
Sandusky, OH 44871-0019

John Balestriere
BALESTRIERE, P.L.L.C.
225 Broadway, Suite 2700
New York, NY 10007

Michael L. Eckert
ECKERT, KOST & VOCKE
P.O. Box 1247
Rhinelander, WI 54501-1247

Michael R. Gladman
JONES DAY
P.O. Box 165017, Suite 600
Columbus, OH 43216-5017

Nancy M. Juda
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

Michael G. McLellan
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street NW
Washington, DC 20007

John G. Richards
DAVIS, BUCCO, ESQS.
10 East 6th Avenue, Suite 100
Conshohocken, PA 19428

Adam T. Savett
Steven A. Skalet
MEHRI & SKALET, P.L.L.C.
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036

Joseph Tacopina
ARTHUR L. AIDALA
& ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

Francis Joseph Warin
William M. Jay
Matthew Dempsey McGill
GIBSON, DUNN & CRUTCHER, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036

James F. Rittinger
SATTERLEE, STEPHENS, BURKE
& BURKE
230 Park Avenue, Suite 1130
New York, NY 10169-0079

Katherine Stadler
LA FOLLETE, GODFREY & KAHN
P.O. Box 2719
Madison, WI 53701-2719

Thomas H. Walton
NYEMASTER, GOODE, VOIGTS, WEST,
Hansell, ET AL.
700 Walnut Street, Suite 1600
Des Moines, IA 50309