**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772 |

**[PROPOSED] CASE MANAGEMENT ORDER**

This order shall, unless superseded by subsequent orders, govern the scheduling and management of all cases pending in this Court, or hereafter filed in or transferred or removed to this Court, under this Master Docket. In addition to those actions listed in this Court's Initial Practice & Procedure Order of August 10, 2006, these cases include:

No. 1:06-cv-1556, Johnson v. Nat'l Ass'n of Sec. Dealers (transferred from N.D. Tex.).

In the event any other action is hereafter filed in or transferred or removed to this Court and consolidated with this Master Docket, all of this Court's rulings on common issues in this litigation shall be deemed to have been made in such action as well.

Upon consideration of the joint report of the parties and the submissions at the Initial Scheduling and Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs shall file a consolidated complaint no later than October 31, 2006.

2. Defendants shall file responsive pleadings and/or Rule 12 motions no later than December 15, 2006.

3. If one or more Defendants file a Rule 12 motion, Plaintiffs shall respond no later than February 2, 2007, except as otherwise provided herein or by further order of the Court.

4. Any reply to a response shall be filed no later than February 23, 2007, except as otherwise provided herein or by further order of the Court.

5. All discovery proceedings in these actions remain stayed until further order of the Court. A Status Conference is hereby set for **[a date and time in January 2007 that is convenient to the Court]**, in Courtroom 8, to address whether and to what extent the stay should be lifted.

   a. If, after reviewing Defendants' Rule 12 motion or motions, Plaintiffs determine that they need not pursue discovery in order to respond to the motion or motions and that

no Status Conference is necessary, Plaintiffs shall so notify the Court not less than ten business days before the scheduled Status Conference, and the Status Conference shall be cancelled.

b.     If Plaintiffs determine that discovery is necessary in order to respond to a Rule 12 motion or motions, they shall submit to the Court a written report not less than ten business days before the Status Conference, describing the extent to which the Court should permit discovery and the reasons therefore, and proposing an alternative date on which to respond to the motion or motions.

c.     Defendants may respond to the Plaintiffs' written report not less than five business days before the Status Conference.

6.    Upon resolution of any motions to dismiss, the Court will convene a scheduling conference to address the management of subsequent stages of this litigation.

7.    If any other related action is hereafter filed in or transferred or removed to this Court, any party to such action who objects to any aspect of this order must raise the objection by a motion for relief from this order within the time established by ¶ 1 of the Initial Practice and Procedure Order, *i.e.*, within ten (10) days of either counsel's first appearance herein or the entry of a consolidation order in such case, whichever is earlier.

SO ORDERED this _____ day of _____, 2006.

_____
JOHN D. BATES
United States District Judge