UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION <br><br> This Document Relates To: <br> ALL CASES | Misc. Action No.  06-355 (JDB); <br> MDL Docket No. 1772 |

## INITIAL SCHEDULING ORDER

This order shall, unless superseded by subsequent orders, govern the scheduling and management in all actions in this Master Docket, as well as any related or "tag-along" actions originally filed in this Court or hereafter transferred or removed to this Court.  This and all other orders addressing issues common to all such actions shall be deemed to have been entered in all such actions.  As of this date, those actions include the cases listed in the Court's August 10, 2006, Initial Practice and Procedure Order, as well as the following case:

No. 1:06-cv-1556 <u>Johnson v. Nat'l Ass'n of Sec. Dealers</u> (transferred from N.D. Tex.)

Pursuant to the Initial Scheduling and Case Management Conference held with the Court on September 18, 2006, and the parties' Joint Meet-and-Confer Statement, it is this nineteenth day of September, 2006, hereby ORDERED as follows:

1. Plaintiffs shall file a consolidated complaint by not later than October 31, 2006.

2. Defendants shall file responsive pleadings and/or Rule 12 motions by not later than December 15, 2006.

3. Plaintiffs shall file their oppositions to Rule 12 motions by not later than February 2, 2007.

4. Defendants shall file any replies to plaintiffs' oppositions by not later than February 23, 2007.

5. A status conference shall be held on January 17, 2007, at 9:30 am.

6. All discovery proceedings, including initial disclosures, shall remain stayed until further order of the Court. Plaintiffs shall file by not later than January 3, 2007, a statement of whether they believe discovery is necessary in order to respond to defendants' Rule 12 motions, and, if discovery is necessary, what discovery they intend to pursue. Defendants shall file any response to plaintiffs' submission by not later than January 10, 2007.

7. A hearing on defendants' Rule 12 motions shall be held on April 25, 2007, at 9:30 am.

8. The Court will issue a separate, forthcoming order designating liaison counsel for plaintiffs.

**SO ORDERED.**

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                  United States District Judge