UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION : : : : THIS DOCUMENT RELATES TO ALL CASES : : : | Misc. Action No. 06-355 (JDB)<br><br>MDL Docket No. 1772 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), attorneys Sherrie R. Savett and Michael T. Fantini, counsel to plaintiff Jennifer Hester in <u>Hester v. National Association of Securities Dealers</u>, No. 1:06-CV-0554, hereby enter their appearances in all consolidated actions.

Our business address and telephone number is:

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215)875-3000

Our Pennsylvania Bar Identification Numbers are:

Sherrie R. Savett, Esquire – 17646
Michael T. Fantini, Esquire – 57192

Respectfully Submitted,

_Steven Berk /w_
Jonathan W. Cuneo, Esquire (DC Bar 939389)
Steven N. Berk, Esquire (DC Bar 432870)
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC  20002
TEL:  (202)789-3960
FAX: (202)789-1813

Sherrie R. Savett, Esquire
Michael T. Fantini, Esquire
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
TEL:  (215)875-3000
FAX: (215)875-4636

Attorneys for Plaintiffs

409727_00.wpd