# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | Misc. Action No. 06-355 (JDB); MDL Docket No. 1772 |
| This Document Relates To: ALL CASES | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), attorney Scott E. Poynter, counsel for plaintiff Skylar Jordan in <u>Jordan v. National Association of Securities Dealers</u>, No. 1:06-CV-1324, hereby enters his appearance in all consolidated actions.

His business address and telephone number is:

Emerson Poynter LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201
(501) 907-2555

His Arkansas Bar Identification Number is 90077.

Respectfully Submitted,

　　　/s/ Scott E. Poynter
Scott E. Poynter
EMERSON POYNTER, LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR  72201
TEL: (501) 907-2555
FAX : (501) 907-2556

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, I caused true and correct copies of the Notice of Entry of Appearance to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, first class postage prepaid.

John Balestrier
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

Attorney for Andrew Crabbe and Linda Cutler

Frederic S. Fox
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Attorney for Alex Ruimerman

Jason L. Horton
CRISP, BOYD, POFF & BURGESS
2301 Moores Lane
Texarkana, TX 75505

Attorney for Brian Johnson

Herbert E. Milstein
COHEN, MILSTEIN, HAUSFELD
& TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Attorney for Gueorgui Ivanov and Atal Varma

Jayson Blake
THE MILLER LAW FIRM, P.C.
The Miller Building
950 West University Drive, Suite 300
Rochester, MI 48307

Attorney for Jason Crockett and Maxwell Janis

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

Attorney for Christopher Wilson

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

Attorney for Jason Plunkett

John G. Richards
DAVIS, BUCCO & ARDIZZI
10 East 6th Avenue, Suite 100
Conshohocken, PA 19428

Attorney for Mark Russo

James F. Rittinger
SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue, Suite 1130
New York, NY 10169-0079

Attorney for The Thomson Corporation and Thomson Prometric, Inc.

Steven A. Schwartz
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
Haverford, PA 19041

Attorney for Nassim Ketita

Sherie R. Savett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Attorney for Jennifer Hester

Joseph Tacopina
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

Attorney for James Bruen

        /s/ Scott E. Poynter
          Scott E. Poynter