UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | ) <br> ) Misc. Action No. 06-355 (JDB); <br> ) <br> ) MDL Docket No. 1772 |
| This Document Relates To: ALL CASES | ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter the appearance of Steven A. Schwartz as counsel in this case for plaintiff Nassim Ketitia.

Dated: September 29, 2006.

Respectfully submitted,

_____
Steven A. Schwartz
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633