UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION : | Case No. 06-355 (JDB) |
| : | MDL Docket No. 1772 |
| THIS DOCUMENT RELATES TO ALL CASES : | |

## NOTICE REGARDING DESIGNATION OF LIASON COUNSEL

Pursuant to this Court's Order of October 4, 2006, counsel for the various Plaintiffs were ordered to submit four law firms as liason counsel, comprised of two from the "Martin group" and two from the "Milstein group." The following law firms were selected:

Gerald Martin, Esq.
Barrett, Johnston & Parsley
217 2nd Avenue, North
Nashville, TN 37201
(615) 244-2202

Herbert Milstein, Esq
Cohen, Milstein, Hausfeld and Toll, PLLC
1100 New York Avenue
Suite 500, West Tower
Washington, DC
(202) 408-4600 20005

Steven N. Berk, Esq.
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960

Steven Weiss, Esq.
Seeger Weiss, LLP
One William Street
New York, NY 10004
(212) 584-0700

Respectfully Submitted,

_____
Jonathan W. Cuneo, Esquire
Steven N. Berk, Esquire
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC  20002
(202) 789-3960

*Attorneys for Plaintiffs*