**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE SERIES 7 BROKER
QUALIFICATION EXAM SCORING
LITIGATION

This Document Relates To:
ALL CASES

Misc. Action No.  06-355 (JDB);
MDL Docket No. 1772

## ORDER DESIGNATING LIAISON COUNSEL

Upon consideration of plaintiffs' October 11, 2006, notice regarding designation of

liaison counsel, it is this 11th day of October, 2006,  hereby

**ORDERED** that the following law firms will serve as liaison counsel for plaintiffs in this

litigation:

Gerald Martin, Esq.
Barrett, Johnston & Parsley
217 2nd Avenue, North
Nashville, TN 37201
(615) 244-2202

Herbert Milstein, Esq.
Cohen, Milstein, Hausfeld and Toll, PLLC
1100 New York Avenue
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600

Steven N. Berk, Esq.
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960

Steven Weiss, Esq.
Seeger Weiss, LLP
One William Street
New York, NY 10004
(212) 584-0700

/s/ John D. Bates
JOHN D. BATES
United States District Judge