**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), attorney Jason L. Horton, counsel for Plaintiff Brian Johnson in <u>Johnson v. National Association of Securities Dealers, Inc., No. 3:06-CV-1293-P,</u> hereby enters his appearance in all consolidated actions.

His business address and telephone number is:

Crisp, Boyd, Poff & Burgess, L.L.P.
2301 Moores Lane
Texarkana, Texas 75505-6297
(903) 838-6123

His Texas Bar Identification Number is 24041130.

His Arkansas Bar Identification Number is 2004022.

Respectfully Submitted,

　/s/ Jason L. Horton　
　　Jason L. Horton

Jason L. Horton
Crisp, Boyd, Poff & Burgess, L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, Texas 75505-6297
TEL: (903) 838-6123
FAX: (903) 832-8489

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I caused true and correct copies of the Notice of Entry of Appearance to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, first class postage prepaid.

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

Attorney for Andrew Crabbe
and Linda Cutler

Frederic S. Fox
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Attorney for Alex Ruimerman

James F. Rittinger
SATTERLEE, STEPHENS,
BURKE & BURKE
230 Park Avenue, Suite 1130
New York, NY 10169-0079

Attorney for The Thomson
Corporation and Thomson Prometric, Inc.

Gerald Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201

Thomas C. McGraw
GIBSON, DUNN & CRUTCHER
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Attorney for National Association of
Securities Dealers, Inc.

John G. Richards
DAVIS, BUCCO & ARKIZZI
10 East 6th Ave., Ste. 100
Conshohocken, PA 19428

Attorney for Mark Russo

Joseph Tacopina
ARTHUR L. AIDALA
& ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

Attorney for James Bruen

    /s/ Jason L. Horton
    Jason L. Horton