UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | ) ) **Misc. Action No. 06-355 (JDB);** ) ) **MDL Docket No. 1772** |
| This Document Relates To: ALL CASES | ) ) ) ) |

**NOTICE OF APPEARANCE**

To the clerk and all parties of record:

Please enter the appearance of Jayson E. Blake as counsel in this case for plaintiffs Jason Crockett and Maxwell Janis.

Dated: October 25, 2006.               Respectfully submitted,


  /s/ Jayson E. Blake                .
Jayson E. Blake
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
jeb@millerlawpc.com
www.millerlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I caused true and correct copies of the Notice of Entry of Appearance to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, first class postage prepaid.

**John Balestriere**
Balestriere, P.L.L.C.
225 Broadway, Ste. 2700
New York, NY  10007
Attorney for Andrew Crabbe and Linda Cutler

**Gerald Martin**
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Attorney for Jason Plunkett

**James F. Rittinger**
Satterlee, Stephens, Burke & Burke
230 Park Avenue, Suite 1130
New York, NY  10169-0079
Attorney for The Thomson Corporation and Thomson Prometric, Inc.

**William W. Graham**
Graham & Ervanian, P.C.
604 Locust Street, Suite 630
Des Moines, IA  50309
Attorney for Christopher Wilson

**Frederic S. Fox**
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Attorney for Alex Ruimerman and Gueorgui Ivanov

**Thomas C. McGraw**
**William M. Jay**
Gibson, Dunn & Crutcher
2100 McKinney Ave., Ste. 1100
Dallas, TX  75201
Attorney for National Association of Securities Dealers, Inc.

**John G. Richards**
Davis, Bucco & Arkizzi
10 East 6th Ave., Ste. 100
Conshohocken, PA  19428
Attorney for Mark Russo

**Joseph Tacopina**
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY  10017
Attorney for James Bruen

　　/s/ Jayson E. Blake　　　　　　　.
Jayson E. Blake
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
jeb@millerlawpc.com
www.millerlawpc.com