IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please withdraw the appearance of Thomas C. McGraw as an attorney in this case for

Defendant National Association of Securities Dealers, Inc.

Dated:  October 31, 2006

_____/s/_____
Thomas C. McGraw
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
(214) 698-3100

Respectfully submitted,

_____/s/_____
F. Joseph Warin (D.C. Bar No. 235978)
William M. Jay (D.C. Bar No. 480185)
Jennifer J. Schulp (D.C. Bar. No. 497742)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
(202) 955-8500

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2006, I caused true and correct copies of the foregoing Notice of Withdrawal of Appearance to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. mail, first class postage prepaid:

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY  10007
Fax: (212) 208-2613

*Attorney for Andrew Crabbe and Linda Cutler*

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN  37201
Fax: (615) 252-3798

*Attorney for Jason Plunkett*

John G. Richards
DAVIS, BUCCO & ARDIZZI
10 East 6th Avenue, Suite 100
Conshohocken, PA  19428
Fax: (610) 238-0244

*Attorney for Mark Russo*

Frederic S. Fox
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Fax: (212) 687-7714

*Attorney for Alex Ruimerman*

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA  50309
Fax: (515) 282-4235

*Attorney for Christopher Wilson*

James F. Rittinger
SATTERLEE, STEPHENS, BURKE &
   BURKE
230 Park Avenue, Suite 1130
New York, NY  10169-0079
Fax: (212) 818-9606

*Attorney for The Thomson Corporation and Thomson Prometric, Inc.*

Joseph Tacopina
*Of Counsel*
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017
Fax: (212) 750-8297

*Attorney for James Bruen*

/s/   Jennifer J. Schulp

Jennifer J. Schulp