IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB) MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Electronic Data Systems Corporation ("EDS") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all claims against EDS in plaintiffs' Consolidated Class Action Complaint for failure to state a claim upon which relief can be granted. The reasons for granting this Motion are set forth in the accompanying Memorandum of Law and the Declaration of James E. Gauch and Exhibits A-D appended thereto.

Dated: December 15, 2006

Respectfully submitted,

/s/ James P. Karen

James P. Karen
Joshua Roseman
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Fax: (214) 969-5100

James E. Gauch
Robert H. Klonoff
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant*
*Electronic Data Systems Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2006, I caused true and correct copies of the foregoing Motion to Dismiss the Consolidated Class Action Complaint to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. mail, first class postage prepaid:

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

*Attorney for Andrew Crabbe & Linda Cutler*

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

*Attorney for Jason Plunkett*

John G. Richards
DAVIS, BUCCO & ARDIZZI
10 East 6th Ave, Suite 100
Conshohocken, PA 19428

*Attorney for Mark Russo*

Joseph Tacopina
*Of Counsel*
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*

Frederic S. Fox
KAPLAN, FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

*Attorney for Alex Ruimerman*

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

*Attorney for Christopher Wilson*

James F. Rittinger
SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue, Suite 1130
New York, NY 10169

*Attorney for the Thomson Corp. & Thomson Prometric, Inc.*

/s/ James P. Karen

James P. Karen
*Attorney for Defendant*
*Electronic Data Systems Corporation*