IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB) MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

DECLARATION OF JAMES E. GAUCH
IN SUPPORT OF EDS' MOTION TO DISMISS

I, James E. Gauch, declare under penalty of perjury that the foregoing is true and correct.

1. I am an attorney at Jones Day, counsel for Defendant Electronic Data Systems Corporation ("EDS").

2. This Declaration is submitted in support of EDS' Motion to Dismiss.

3. True and correct copies of the Form U4 Uniform Application for Securities Industry Registration or Transfer, and the Instructions for completing Form U4, are attached hereto as Exhibit A.

4. The contract between the National Association of Securities Dealers, Inc., ("NASD") and EDS identified in the Consolidated Class Action Complaint is entitled Amended and Restated Information Technology Services Agreement dated as of April 1, 2003 ("Services Agreement"). A true and correct copy of selected provisions that are relevant to plaintiffs' claims has been excerpted and attached hereto as Exhibit B.

5. A true and correct copy of NASD Press Release "NASD Says Software Error Impacts Certain Series 7 Exam Results," dated January 6, 2006, is attached hereto as Exhibit C.

6.   A true and correct copy of NASD Press Release "NASD Announces Agreement in Principle with EDS to Create NasTech Alliance," dated October 19, 1998, is attached hereto as Exhibit D.

Executed on: December 15, 2006          /s/ James E. Gauch

James E. Gauch (D.C. Bar No. 447839)
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2006, I caused true and correct copies of the foregoing Declaration of James E. Gauch to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. mail, first class postage prepaid:

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

*Attorney for Andrew Crabbe & Linda Cutler*

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

*Attorney for Jason Plunkett*

John G. Richards
DAVIS, BUCCO & ARDIZZI
10 East 6th Ave, Suite 100
Conshohocken, PA 19428

*Attorney for Mark Russo*

Joseph Tacopina
*Of Counsel*
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*

Frederic S. Fox
KAPLAN, FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

*Attorney for Alex Ruimerman*

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

*Attorney for Christopher Wilson*

James F. Rittinger
SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue, Suite 1130
New York, NY 10169

*Attorney for the Thomson Corp. & Thomson Prometric, Inc.*

/s/ James P. Karen

James P. Karen
*Attorney for Defendant*
*Electronic Data Systems Corporation*