# EXHIBIT B
## TO THE DECLARATION OF JAMES E. GAUCH IN SUPPORT OF EDS' MOTION TO DISMISS

# NASD-EDS Amended and Restated Information Technology Services Agreement (Excerpt)

# AMENDED AND RESTATED

## INFORMATION TECHNOLOGY SERVICES AGREEMENT

between

### NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.
(of the first part)

and

### ELECTRONIC DATA SYSTEMS CORPORATION and
### EDS INFORMATION SERVICES LLC
(of the second part)

Dated as of April 1, 2003

29.13 <u>Third Party Beneficiaries</u>. Each Party intends that this Agreement shall not benefit, or create any right or cause of action in or on behalf of, any person or entity other than EDS or NASD. However, the Parties acknowledge and agree that nothing in this Section shall be construed as preventing or limiting, subject to <u>Article 27</u>, (1) NASD's right to recover the NASD Group's damages arising out of or relating to EDS' performance or failure to perform under this Agreement or (2) NASD's right to obtain indemnification of the NASD Group from EDS as provided in <u>Section 26.02</u>.

29.14 <u>Governing Law</u>. This Agreement and the rights and obligations of the Parties under this Agreement shall be governed by and construed in accordance with the Laws of the State of New York, without giving effect to the principles thereof relating to the conflicts of Laws.

**REDACTED**