IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB) MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

# ORDER

This matter came before the Court pursuant to Defendant Electronic Data Systems Corporation's Motion to Dismiss the Consolidated Class Action Complaint. The parties having fully briefed the issues, and upon the Court's consideration of the arguments by the parties,

It is hereby ORDERED that Defendant EDS' Motion to Dismiss is GRANTED.

SO ORDERED, this ___ day of _____, 2007.

.

_____
JOHN D. BATES
United States District Judge