**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772 |

**[PROPOSED] ORDER**

Upon consideration of [28] the Motion to Dismiss filed by defendant National Association of Securities Dealers, Inc. (NASD), and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that NASD's motion is **GRANTED;** and it is further

**ORDERED** that all claims against NASD by all plaintiffs in this master docket are **DISMISSED** with prejudice.

_____
JOHN D. BATES
United States District Judge

Date: _____