UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION** | **MISC. ACTION NO. 06-355 (JDB); MDL DOCKET NO. 1772** |
| **This Document Relates To: ALL CASES** | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please withdraw the appearance of Adam T. Savett as counsel for Plaintiff Frank Marino in this litigation.

Dated: December 29, 2006                    Respectfully submitted,

                                                  /s/ Adam T. Savett
                                       Steven A. Skalet (D.C. Bar No. 359804)
                                       Cyrus B. Mehri (D.C. Bar No. 420970)
                                       Adam T. Savett (D.C. Bar No. 484254)
                                       MEHRI & SKALET, PLLC
                                       1250 Connecticut Ave., NW
                                       Suite 300
                                       Washington, DC  20036
                                       Telephone:   (202) 822-5100
                                       Facsimile:    (202) 822-4997
                                       E-mail:         asavett@findjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading through the Court's CM/ECF Electronic Filing System, on December 29, 2006.

                                                          /s/ Adam T. Savett
                                                       ADAM T. SAVETT