IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB); MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**PLAINTIFFS' AMENDED STATEMENT ON THE NECESSITY OF DISCOVERY PRIOR TO RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs submit this Amended Statement on the Necessity of Discovery Prior to Responding to Defendants' Motions to Dismiss. Plaintiffs previously filed their original Statement on January 3, 2007. Plaintiffs and EDS have reached an agreement on the terms and conditions of a Protective Order that EDS will submit to this Court for entry. Pursuant to the terms of that proposed Protective Order, EDS will provide Plaintiffs' counsel with a copy of the Service Agreement between NASD and EDS. This agreement resolved the sole remaining discovery issue between the parties. Therefore, the relief sought in Plaintiffs' original Statement on the Necessity of Discovery Prior to Responding to Defendants' Motions to Dismiss is no longer warranted.

Finally, Plaintiffs would recommend that the January 17, 2007, Status Conference, set by the Court in its September 19, 2006, Initial Scheduling Order, be canceled. This conference was set in order to allow Plaintiffs the opportunity to address the need for any discovery to respond to Defendants' Rule 12 motions. The parties' agreement on all outstanding discovery issues

1

obviates the need for this conference, and Plaintiffs respectfully request that the Court cancel it.

A proposed Order on this point has been provided for the Court's convenience.

                                         Respectfully submitted,

                                         /s/ Gerald Martin
                                         Gerald Martin, Esq.
                                         Barrett, Johnston & Parsley
                                         217 2nd Avenue, North
                                         Nashville, TN 37201
                                         (615) 244-2202

                                         JON CUNEO, ESQ.
                                         CUNEO, GILBERT & LADUCA
                                         507 C Street, NE
                                         Washington, DC 20002
                                         (202) 789-3960

                                         HERBERT MILSTEIN
                                         COHEN, MILSTEIN,
                                         HAUSFELD & TOLL, PLLC
                                         1100 New York Avenue
                                         Suite 500, West Tower
                                         Washington, DC 20005
                                         (202) 408-4600

                                         STEVEN WEISS
                                         SEEGER WEISS, LLP
                                         One William Street
                                         New York, NY 10004
                                         (212) 584-0700

                                         *Liaison Counsel for Plaintiffs*

                                         *Attorney for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 10th day of January, 2007, a copy of the foregoing <u>Plaintiffs' Amended Statement On The Necessity Of Discovery Prior To Responding To Defendants' Motions To Dismiss</u> and <u>Proposed Order</u> was served on the following through the court's electronic filing system:

Donald Hall
Kaplan, Fox & Kilsheimer, LLP
805 Third Ave., 22nd Floor
New York, NY 10022

Richard M. Volin
Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

James P. Karen
Joshua S. Roseman
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Joseph Tacopina
*Of-Counsel*
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY 10017

Michael L. Eckert
Eckert, Kost & Vocke, LLP
P.O. Box 1247
Rhinelander, WI 54501-1247

John Balestriere
Balestriere, PLLC
225 Broadway, Suite 2700
New York, NY 10007

James F. Rittinger
Satterlee Stephens, Burke & Burke, LLP
230 Park Avenue, 11th Floor
New York, NY 10169

Dennis E. Murray, Jr.
Murray & Murray Co., L.P.A.
111 E. Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019

Scott E. Poynter
Emerson Poynter, LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202

F. Joseph Warin
William M. Jay
Jennifer J. Schulp
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Katherine Sadler
La Follette, Godfrey & Kahn
P.O. Box 2719
Madison, WI 53701-3719

Steven N. Berk
Cuneo, Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002

Fredric S. Fox
Kaplan, Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY  10022

Jayson E. Blake
The Miller Law Firm, PC
950 W. University Drive, Suite 300
Rochester, MI 48307

James E. Gauch
Jones Day
51 Louisiana Avenue
Washington, DC 20001

Thomas C. McGraw
Gibson, Dunn & Crutcher
2100 McKinney Avenue, Suite 1100
Dallas, TX 74201

Sherrie R. Savett
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Steven A. Skalet
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-1609

Nancy M. Juda
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036

Michael T. Fantini
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

L. Horton
Crisp, Boyd, Poff, Schubert & Burgess
P.O. Box 6297
2301 Moores Lane
Texarkana, TX 75505-6297

Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street NW
Washington, DC 20007

Steven A. Schwartz
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

 /s/ Gerald E. Martin
Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY