IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB); MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Amended Statement on the Necessity of Discovery Prior to Responding to Defendants' Motions to Dismiss, the Court hereby **ORDERS** the cancellation of the Status Conference set for January 17, 2007.

All other matters are reserved.

_____
JOHN D. BATES
United States District Judge