# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB)<br>MDL DOCKET NO. 1772 |

THIS DOCUMENT RELATES TO:
ALL CASES

### DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S RESPONSE TO PLAINTIFFS' DISCOVERY STATEMENT

Plaintiffs and Defendant Electronic Data Systems Corporation ("EDS") have agreed to a protective order to cover the Amended and Restated Information Technology Services Agreement dated April 1, 2003 requested by Plaintiffs. EDS understands that Plaintiffs will be filing a statement with the Court indicating that their January 3, 2006 discovery statement is now moot, and requesting the Court to cancel the hearing now set for January 17, 2006. While EDS strongly disagrees with the recitation of facts and positions contained in Plaintiffs' January 3, 2006 Statement, it believes that the parties' resolution of this discovery issue negates any need for the record to be corrected or EDS' position to be articulated.

DLI-6089551v1

Respectfully submitted,

/s/ James P. Karen

James P. Karen
Joshua S. Roseman
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Fax: (214) 969-5100

James E. Gauch
Robert H. Klonoff
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant
Electronic Data Systems Corporation*

DLI-6089551v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007, I caused true and correct copies of the foregoing Response to Plaintiff's Discovery Statement to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. mail, first class postage prepaid:

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

*Attorney for Andrew Crabbe & Linda Cutler*

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

*Attorney for Jason Plunkett*

John G. Richards
DAVIS, BUCCO & ARDIZZI
10 East 6th Ave, Suite 100
Conshohocken, PA 19428

*Attorney for Mark Russo*

Joseph Tacopina
Of Counsel
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*

Frederic S. Fox
KAPLAN, FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

*Attorney for Alex Ruimeman*

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

*Attorney for Christopher Wilson*

James F. Rittinger
SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue, Suite 1130
New York, NY 10169

*Attorney for the Thomson Corp. & Thomson Prometric, Inc.*

/s/ James P. Karen
James P. Karen