IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SERIES 7
BROKER QUALIFICATION EXAM
SCORING LITIGATION

This Document Relates To:
ALL CASES

Misc. Action No. 06-355 (JDB);
MDL Docket No. 1772

**NASD'S RESPONSE TO PLAINTIFFS' STATEMENTS REGARDING DISCOVERY**

Pursuant to this Court's Initial Scheduling Order dated September 19, 2006, Defendant NASD submits this response to the plaintiffs' January 3 statement and January 10 amended statement regarding discovery.

As the plaintiffs' January 10 filing states, all pending discovery issues between the parties have been resolved. Accordingly, NASD has no objection to dispensing with the status conference currently set for January 17, 2007, if the Court deems it appropriate. No modification of the stay of discovery, set out in ¶ 6 of the Initial Scheduling Order, is necessary.

Dated: January 10, 2007

Respectfully submitted,

By: /s/ William M. Jay

OF COUNSEL:
John J. Flood, D.C. Bar No. 269837
NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.
1735 K Street, N.W.
Washington, D.C. 20036

F. Joseph Warin, D.C. Bar No. 235978
William M. Jay, D.C. Bar No. 480185
Jennifer J. Schulp, D.C. Bar No. 497742
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 467-0539

*Attorneys for Defendant
National Association of
Securities Dealers, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2007, I caused NASD's Response to Plaintiffs' Statement Regarding Discovery to be served on all parties required to be served by the means listed below:

    All parties whose counsel are registered with the Court's CM/ECF system were served electronically.

    The following parties were served by mailing one copy of the document by U.S. mail, first class postage prepaid, to their counsel at the addresses listed:

| | |
|---|---|
| John Balestriere<br>BALESTRIERE PLLC<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>Fax: (212) 208-2613<br><br>*Attorney for Andrew Crabbe and Linda Cutler* | William W. Graham<br>GRAHAM & ERVANIAN, P.C.<br>604 Locust Street, Suite 630<br>Des Moines, IA 50309<br>Fax: (515) 282-4235<br><br>*Attorney for Christopher Wilson* |

Joseph Tacopina
*Of Counsel*
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017
Fax: (212) 750-8297

*Attorney for James Bruen*

                                              /s/ William M. Jay

                                              William M. Jay