IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB)<br>MDL DOCKET NO. 1772 |

THIS DOCUMENT RELATES TO:
ALL CASES

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Electronic Data Systems Corporation and all plaintiffs move for entry of the Agreed Protective Order attached hereto as Exhibit 1. The attached Agreed Protective Order is necessary to facilitate the disclosure and production of the Amended and Restated Information Technology Services Agreement dated April 1, 2003 ("Services Agreement").

The Agreed Protective Order covers only the Services Agreement because that is the only document that Plaintiffs have requested from EDS and that EDS intends on producing before the resolution of its pending Motion to Dismiss. As contemplated in the Agreed Protective Order, should the Court deny EDS' Motion to Dismiss, the parties will negotiate in good faith the terms of a new protective order to cover additional documents.

The parties respectfully request that the Court sign the attached Agreed Protective Order.

Respectfully submitted,


/s/ James P. Karen
James P. Karen
Joshua S. Roseman
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Fax: (214) 969-5100

James E. Gauch
Robert H. Klonoff
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant
Electronic Data Systems Corporation*


/s/ Gerald Martin
Gerald Martin, Esq.
Barrett, Johnston & Parsley
217 2nd Avenue, North
Nashville, TN 37201
Tel: (615) 244-2202


*Liaison counsel on behalf of all Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007, I caused true and correct copies of the foregoing Joint Motion for Entry of Protective Order to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. mail, first class postage prepaid:

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

*Attorney for Andrew Crabbe & Linda Cutler*

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

*Attorney for Jason Plunkett*

John G. Richards
DAVIS, BUCCO & ARDIZZI
10 East 6th Ave, Suite 100
Conshohocken, PA 19428

*Attorney for Mark Russo*

Joseph Tacopina
Of Counsel
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*

Frederic S. Fox
KAPLAN, FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

*Attorney for Alex Ruimeman*

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

*Attorney for Christopher Wilson*

James F. Rittinger
SATTERLEE, STEPHENS, BURKE
 & BURKE
230 Park Avenue, Suite 1130
New York, NY 10169

*Attorney for the Thomson Corp. &
Thomson Prometric, Inc.*

/s/ James P. Karen
James P. Karen