IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB); MDL DOCKET NO. 1772 |
| THIS DOCUMENTS RELATES TO: | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COME now the Plaintiffs, by and through counsel, and requests the Court for a ten-day extension of time for Plaintiffs to respond to Defendant's Motion to Dismiss, with a corresponding adjustment of the date for Defendants to file their Replies to Plaintiffs' Response. The new, requested dates would be a response deadline of February 12, 2007 and a Reply deadline of March 5, 2007. This brief extension should have little or no impact on any other pending deadlines. The Court has set a hearing on the Motions to Dismiss for April 25, 2007, and the briefing under this new schedule will be completed approximately 50 days prior to that hearing. A proposed Agreed Order is filed concurrently with this motion for the Court's approval.

                                              RESPECTFULLY SUBMITTED.

                                              /s/ Gerald E. Martin
                                            GERALD E. MARTIN #20193
                                            BARRETT, JOHNSTON & PARSLEY
                                            217 Second Avenue North
                                            Nashville, Tennessee 37201
                                            615-244-2202
                                            Attorney for Plaintiffs

        JON CUNEO, ESQ.
        CUNEO, GILBERT & LADUCA
        507 C Street, NE
        Washington, DC 20002
        (202) 789-3960

        HERBERT MILSTEIN
        COHEN, MILSTEIN,
        HAUSFELD & TOLL, PLLC
        1100 New York Avenue
        Suite 500, West Tower
        Washington, DC 20005
        (202) 408-4600

        STEVEN WEISS
        SEEGER WEISS, LLP
        One William Street
        New York, NY 10004
        (212) 584-0700

        *Liaison Counsel for Plaintiffs*

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of January, 2007, a copy of the foregoing Plaintiffs' Unopposed Motion For Extension Of Time To File Response To Defendant's Motion To Dismiss and Proposed Order was served on the following through the court's electronic filing system:

| | |
|---|---|
| Donald Hall<br>Kaplan, Fox & Kilsheimer, LLP<br>805 Third Ave., 22nd Floor<br>New York, NY 10022 | James F. Rittinger<br>Satterlee Stephens, Burke & Burke, LLP<br>230 Park Avenue, 11th Floor<br>New York, NY 10169 |
| Richard M. Volin<br>Michael G. McLellan<br>Finkelstein, Thompson & Loughran<br>1050 30th Street, NW<br>Washington, DC 20007 | Dennis E. Murray, Jr.<br>Murray & Murray Co., L.P.A.<br>111 E. Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871-0019 |

James P. Karen
Joshua S. Roseman
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Joseph Tacopina
*Of-Counsel*
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY 10017

Michael L. Eckert
Eckert, Kost & Vocke, LLP
P.O. Box 1247
Rhinelander, WI 54501-1247

John Balestriere
Balestriere, PLLC
225 Broadway, Suite 2700
New York, NY 10007

Fredric S. Fox
Kaplan, Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Jayson E. Blake
The Miller Law Firm, PC
950 W. University Drive, Suite 300
Rochester, MI 48307

James E. Gauch
Jones Day
51 Louisiana Avenue
Washington, DC 20001

Scott E. Poynter
Emerson Poynter, LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202

F. Joseph Warin
William M. Jay
Jennifer J. Schulp
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Katherine Sadler
La Follette, Godfrey & Kahn
P.O. Box 2719
Madison, WI 53701-3719

Steven N. Berk
Cuneo, Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002

Nancy M. Juda
Lerach, Coughlin, Stoia, Geller, Rudman &
  Robbins, LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Michael T. Fantini
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

L. Horton
Crisp, Boyd, Poff, Schubert & Burgess
P.O. Box 6297
2301 Moores Lane
Texarkana, TX 75505-6297

Thomas C. McGraw
Gibson, Dunn & Crutcher
2100 McKinney Avenue, Suite 1100
Dallas, TX 74201

Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street NW
Washington, DC 20007

Sherrie R. Savett
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Steven A. Schwartz
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Steven A. Skalet
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-1609

 /s/ Gerald E. Martin
Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY