IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB); MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## AGREED ORDER

It appearing to the Court, as evidenced by the signature of the parties below, Plaintiffs' Unopposed Motion For Extension Of Time To File Response To Defendants' Motion To Dismiss is hereby **GRANTED.**

Plaintiffs shall have until February 12, 2007, to file their Response to Defendants' Motion to Dismiss and Defendants shall have until March 5, 2007, to file their Replies.

All other matters are reserved.

_____
JOHN D. BATES
United States District Judge

APPROVED AND SUBMITTED FOR ENTRY:


 /s/ Gerald E. Martin
Gerald E. Martin #20193
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
615-244-2202
Attorney for Plaintiffs

 /s/ William M. Jay by Gerald E. Martin, w/permission
William M. Jay
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500
Attorney for Defendant NASD


 /s/ James P. Karen by Gerald E. Martin, w/permission
James P. Karen
Jones Day
2727 North Harwood Street
Dallas, TX 75201
214-969-5027
Attorney for Defendant EDS