UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re SERIES 7 BROKER QUALIFICATION : 
EXAM SCORING LITIGATION :
:
:
: Civil Action No. 06-355 (JDB)
_____ : MDL Docket No. 1772
:
This Document Relates to: :
:
ALL ACTIONS :
_____

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Herbert E. Milstein, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Civil Rule 83.2(d), for admission of Attorney Jeffrey S. Nobel to represent Plaintiff Alex F. Ruimerman in the above-captioned action. In support of this motion, the Declaration of Jeffrey S. Nobel is attached hereto as Exhibit A.

As grounds for this motion, the undersigned represents the following:

1) Jeffrey S. Nobel has been a member in good standing of the bar of Connecticut since 1989.

2) There are no disciplinary proceedings against Jeffrey S. Nobel as a member of the bar in any jurisdiction.

3) Jeffrey S. Nobel has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Columbia.

DATED: February 23, 2007              **COHEN, MILSTEIN, HAUSFELD**
                                                                          **& TOLL, P.L.L.C.**

                                                                          <u>/S/HERBERT E. MILSTEIN</u>
                                                                          Herbert E. Milstein (DC Bar #26203)
                                                                          1100 New York Avenue, N.W., Suite 500
                                                                          West Tower
                                                                          Washington, D.C. 20005
                                                                          Tel: (202) 408-4600
                                                                          Fax: (202) 408-4699


                                                                      **SCHATZ NOBEL IZARD, P.C.**
                                                                          Jeffrey S. Nobel
                                                                          20 Church Street, Suite 1700
                                                                          Hartford, CT 06103
                                                                          Tel: (860) 493-6292
                                                                          Fax: (860) 493-6290
                                                                          firm@snlaw.net

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2007 a copy of foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Copies of the foregoing will be sent by U.S. Mail to any party not registered to receive the documents electronically. Parties may access this filing through the Court's system.

_____
Joseph P. Helm, III