UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION : : : : _____ : : This Document Relates to: : : ALL CASES : _____ : | Civil Action No. 06-355 (JDB) MDL Docket No. 1772 |

## DECLARATION OF JEFFREY S. NOBEL FOR ADMISSION *PRO HAC VICE*

I, Jeffrey S. Nobel, hereby declare that:

1) I am a partner in the law firm of Schatz Nobel Izard, P.C., 20 Church Street, Suite 1700, Hartford, CT 06103.

2) I am admitted to practice in all Courts for the State of Connecticut, the U.S. District Court for the District of Connecticut, the U.S. District Court, District of Colorado and the U.S. Court of Appeals for the Ninth Circuit.

3) I am in good standing with the bars to which I am admitted and I have not been disciplined by any bar.

4) I have not been denied admission or disciplined by this Court or any other court.

5) I have not been admitted *pro hac vice* in this Court within the last two years.

DATED:   February 22, 2007              RESPECTFULLY SUBMITTED,

                                        /s/ JEFFREY S. NOBEL

**SCHATZ NOBEL IZARD, P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
<u>firm@snlaw.net</u>