**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re SERIES 7 BROKER QUALIFICATION  :
EXAM SCORING LITIGATION           :
                                     :
                                     :       Civil Action No. 06-355 (JDB)
_____  :       MDL Docket No. 1772
                                     :
This Document Relates to:          :
                                     :
     ALL CASES               :
_____

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

Upon consideration of Herbert E. Milstein's motion for the admission of Attorney Jeffery

S. Nobel in this case *pro hac vice* to represent Plaintiff Alex F. Ruimerman, it appears to the

Court that Jeffery S. Nobel possesses the qualifications required by Local Civil Rule 83.2(c)-(d)

and should therefore be allowed to participate in this case *pro hac vice*.

It is hereby ordered that the motion for admission *pro hac vice* is granted.

DATED:_____     _____
                                           HON. JOHN D. BATES, U.S.D.J.