IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | MISC. ACTION NO. 06-355(JDB)<br>MDL DOCKET NO. 1772 |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

NOTICE OF FILING UNDER SEAL
DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S
REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Electronic Data Systems Corporation (EDS) hereby notifies the Court that it is filing under seal EDS' Reply to Plaintiffs' Opposition to EDS' Motion to Dismiss the Consolidated Class Action Complaint. EDS has determined that the Reply should be filed under seal pursuant to the Court's Protective Order of January 11, 2007.

Dated: March 5, 2007

Respectfully submitted,

/s/ James P. Karen
James P. Karen
Joshua Roseman
Jones Day
2727 N. Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Fax: (214) 969-5100

*Attorneys for Defendant*
*Electronic Data Systems Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of March, 2007, I caused true and correct copies of the foregoing Notice of Filing Under Seal to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. mail, first class postage prepaid:

| | |
|---|---|
| John Balestriere<br>BALESTRIERE PLLC<br>225 Broadway, Suite 2700<br>New York, NY 10007 | William W. Graham<br>GRAHAM & ERVANIAN, P.C.<br>604 Locust Street, Suite 630<br>Des Moines, IA 50309 |
| Gerald E. Martin<br>BARRETT, JOHNSTON & PARSLEY<br>217 Second Avenue North<br>Nashville, TN 37201 | John G. Richards<br>DAVIS, BUCCO & ARDIZZI<br>10 East 6th Ave, Suite 100<br>Conshohocken, PA 19428 |
| Joseph Tacopina<br>*Of Counsel*<br>ARTHUR L. AIDALA & ASSOCIATES, P.C.<br>597 Fifth Avenue<br>New York, NY 10017 | |

                                                  /s/ James P. Karen

                                                  James P. Karen
                                                  *Attorney for Defendant*
                                                  *Electronic Data Systems Corporation*