UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | ) ) Misc. Action No. 06-355 (JDB); ) ) MDL Docket No. 1772 |
| This Document Relates To: ALL CASES | ) ) ) ) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Finkelstein, Thompson & Loughran has changed its name to FINKELSTEIN THOMPSON LLP. The firm's address and telephone and facsimile numbers will remain the same. However, the electronic mail contact information for counsel has changed as noted below.

Please use the new firm name and electronic mail addresses on all pleadings, correspondence, and other documents.

Dated: March 22, 2007

FINKELSTEIN THOMPSON LLP

/s/ Michael G. McLellan
Richard M. Volin (D.C. Bar # 457292)
rvolin@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
1050 30th St., NW
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2007, I caused the foregoing Notice of Firm Name Change to be filed with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all registered participants. Notice will be delivered by U.S. mail, first-class postage prepaid, to the following unregistered participants:

John Balestriere
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

*Attorney for Andrew Crabbe and Linda Cutler*

Joseph Tacopina
*Of Counsel*
ARTHUR L. AIDALA & ASSOCIATES, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*

William W. Graham
GRAHAM & ERVANIAN, P.C.
604 Locust Street, Suite 630
Des Moines, IA 50309

*Attorney for Christopher Wilson*

Jeffrey S. Nobel
SCHATZ NOBEL IZARD, P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

*Attorney for Alex Ruimerman*

/s/ Michael G. McLellan
Michael G. McLellan