AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Series 7 Broker Qualification Exam  
Scoring Litigation )  
        Plaintiff(s) )    **APPEARANCE**  
         )  
         )  
        vs. )    CASE NUMBER    06-mc-355  MDL 1772  
         )  
         )  
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **William H. Anderson**  as counsel in this  
                                      (Attorney's Name)

case for:  **William Lowe**  
        (Name of party or parties)

March 26, 2007  
Date

*(signature)*  
Signature

DC Bar # 502380  
BAR IDENTIFICATION

William H. Anderson  
Print Name

507 C Street, NE  
Address

Washington, DC 20002  
City    State    Zip Code

202-789-3960  
Phone Number