IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SERIES 7 BROKER
QUALIFICATION EXAM
SCORING LITIGATION

This Document Relates To:
ALL CASES

Misc. Action No. 06-355(JDB);
MDL Docket No. 1772

**MOTION FOR PERMISSION TO FILE SUR-REPLY BRIEF**

COME now Plaintiffs, by and through counsel, and request the Court for permission to file a sur-reply brief to respond to new arguments and cases[1] raised by Defendants National Association of Securities Dealers ("NASD") and Electronic Data Systems Corporation ("EDS"). A copy of the proposed sur-reply is attached hereto as Exhibit A.

A sur-reply "may be filed only by leave of Court, and may only address new matters raised in a reply, to which a party would otherwise be unable to respond." *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 238 F. Supp.2d 270, 276 (D. D.C. 2002). In determining whether to grant leave to file a sur-seply, the court should consider whether the movant would be unable to contest matters presented to the court for the first time in the opposing party's reply. *Id.* at 277 (quoting *Robinson V. The Detroit News, Inc.*, 211 F. Supp.2d 101, 112 (D. D.C. 2002)).

In their replies, Defendants' positions on immunity have been altered and clarified through further argument and citation to several cases not previously cited. Accordingly, Plaintiffs are in a position to offer a more directed response to Defendants' altered and clarified

---

[1] *See, e.g., New England Cleaning Svcs., Inc. v. American Arbitration Ass'n*, 199 F.3d 542 (1st Cir. 1999); *Wilson v. Kelkhoff*, 86 F.3d 1438 (7th Cir. 1996); *Olson v. NASD*, 85 F.3d 381 (8th Cir. 1996); *Sindram v. Suda*, 986 F.2d 1459 (D.C. Cir. 1993).

positions on the immunity issue. Defendants cite additional cases to argue that the distinction between ministerial and discretionary activities is irrelevant in the context of whether the NASD and EDS are entitled to immunity. Without an opportunity to contest Defendants' clarified position, plaintiffs will be unable to respond to Defendants' new spin on their positions prior to oral argument.

Plaintiffs do not contend that Defendants made any misrepresentations of law or fact, but do wish to respond to arguments not contained in Defendants' original Motions to Dismiss. Pursuant to Local Rule 7(m), counsel for Plaintiffs contacted counsel for Defendants via telephone to discuss the anticipated motion in a good faith effort to confer with Defendants to determine whether their was opposition to the motion. During this discussion, counsel for Defendants indicated their intention to oppose this motion and the relief sought.

DATE: March 28, 2007      Respectfully submitted,

By: /s/ Herbert E. Milstein
Herbert E. Milstein, Esq. (DC Bar # 26203)
Joseph P. Helm, III, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

Gerald E. Martin, Esq.
Laurel A. Johnston, Esq.
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
Telephone: 615-244-2202
Facsimile: 615-252-3798

Jonathan W. Cuneo, Esq. (DC Bar# 939389)
William H. Anderson, Esq. (DC Bar # 502380 District Court Admission to Occur 3/6/07)
CUNEO GILBERT & LADUCA, LLP

507 C Street, N.E.
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813

Stephen A. Weiss, Esq.
Michael S. Farkas, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: 212-584-0700
Facsimile: 212-584-0799

*Liaison Counsel for Plaintiffs*

Steven N. Berk (DC Bar # 432870)
CHAVEZ & GERTLER LLP
1225 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: 202-232-7550
Facsimile: 202-232-7556

Steven A. Schwartz
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633

*Of Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of March, 2007, a copy of the foregoing Motion for Permission to File Sur-Reply Brief was served on the following through the court's electronic filing system or by U.S. Mail:

Donald Hall
Kaplan, Fox & Kilsheimer, LLP
805 Third Ave., 22nd Floor
New York, NY 10022

Richard M. Volin
Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

James P. Karen
Joshua S. Roseman
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

James F. Rittinger
Satterlee Stephens, Burke & Burke, LLP
230 Park Avenue, 11th Floor
New York, NY 10169

Dennis E. Murray, Jr.
Murray & Murray Co., L.P.A.
111 E. Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019

Scott E. Poynter
Emerson Poynter, LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202

Joseph Tacopina
*Of-Counsel*
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY 10017

Michael L. Eckert
Eckert, Kost & Vocke, LLP
P.O. Box 1247
Rhinelander, WI 54501-1247

John Balestriere
Balestriere, PLLC
225 Broadway, Suite 2700
New York, NY 10007

F. Joseph Warin
William M. Jay
Jennifer J. Schulp
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Katherine Sadler
La Follette, Godfrey & Kahn
P.O. Box 2719
Madison, WI 53701-3719

Steven N. Berk
Cuneo, Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002

Fredric S. Fox
Kaplan, Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Jayson E. Blake
The Miller Law Firm, PC
950 W. University Drive, Suite 300
Rochester, MI 48307

James E. Gauch
Jones Day
51 Louisiana Avenue
Washington, DC 20001

Thomas C. McGraw
Gibson, Dunn & Crutcher
2100 McKinney Avenue, Suite 1100
Dallas, TX 74201

Sherrie R. Savett
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Steven A. Skalet
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-1609

Nancy M. Juda
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Michael T. Fantini
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

L. Horton
Crisp, Boyd, Poff, Schubert & Burgess
P.O. Box 6297
2301 Moores Lane
Texarkana, TX 75505-6297

Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street NW
Washington, DC 20007

Steven A. Schwartz
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

/s/ Joseph P. Helm, III
Joseph P. Helm, III, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.