IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355(JDB);<br>MDL Docket No. 1772 |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY BRIEF**

For good cause shown, it is hereby ORDERED that Plaintiffs are granted leave to file the proposed sur-reply brief to Defendants' motions to dismiss.

Dated: _____, 2007

_____<br>
HON. JOHN D. BATES<br>
UNITED STATES DISTRICT JUDGE