**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE SERIES 7
BROKER QUALIFICATION EXAM
SCORING LITIGATION

Misc. Action No. 06-355 (JDB);
MDL Docket No. 1772

This Document Relates To:
ALL CASES

**[PROPOSED] ORDER**

Upon consideration of [47] the Motion for Leave to File Sur-Reply filed by the plaintiffs,

and no good cause appearing for the filing of an additional brief, it is hereby

**ORDERED** that the motion is **DENIED**.

_____
JOHN D. BATES
United States District Judge

Date: _____