UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION** <br><br> **This Document Relates To:** <br> **ALL CASES** | Misc. Action No. 06-355 (JDB); <br> MDL Docket No. 1772 |

## ORDER

In light of the motions hearing held on this, the 25th day of April, 2007, it is hereby

**ORDERED** that each party shall submit, by not later than May 10, 2007, a supplemental memorandum of no more than ten pages that answers the following question:

Assuming, counterfactually, that all of the alleged actions forming the basis of the consolidated complaint had (consistent with a hypothetical statutory and regulatory structure) been carried out by the SEC alone, without the assistance of an SRO or other non-governmental entity, would the SEC be immune from any or all of plaintiffs' claims? In answering this question, the parties should address, inter alia, (1) whether the Tucker Act would provide federal subject-matter jurisdiction over plaintiffs' contract claims; and (2) whether the Federal Tort Claims Act would provide federal subject-matter jurisdiction over plaintiffs' negligence or negligent misrepresentation claims.

                                           /s/ John D. Bates
                                           JOHN D. BATES
                                       United States District Judge