AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

William Lowe

        Plaintiff(s)

vs.

NASD and EDS Corporation

        Defendant(s)

**APPEARANCE**

CASE NUMBER 1:06-mc-00355-JDB MDL-1772

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jonathan W. Cuneo__ as counsel in this
(Attorney's Name)

case for: __William Lowe (Plaintiff)__
(Name of party or parties)

April 26, 2007
Date

939389
BAR IDENTIFICATION

[signature]
Signature

Jonathan W. Cuneo
Print Name

507 C Street, NE
Address

Washington, DC    20002
City        State        Zip Code

202/789-3960    jonc@cuneolaw.com
Phone Number