IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355(JDB);<br>MDL Docket No. 1772 |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), Laurel A. Johnston, counsel with liaison counsel firm Barrett, Johnston & Parsley, hereby enters her appearance in all consolidated actions on behalf of all Plaintiffs.

Her business contact information is:

>  Barrett, Johnston & Parsley
>  217 Second Avenue North
>  Nashville, Tennessee 37201
>  (615) 244-2202
>  (615) 252-2798 (facsimile)

Her Tennessee Bar Identification Number is 024532.

Respectfully submitted,

 /s/  Laurel A. Johnston
Laurel A. Johnston, Esq.
Gerald E. Martin, Esq.
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, Tennessee 37201
(615) 244-2202
(615) 252-3798 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of May 2007, a copy of the foregoing <u>Notice of Entry of Appearance</u> was served on the following through the court's electronic filing system:

Donald Hall
Kaplan, Fox & Kilsheimer, LLP
805 Third Ave., 22nd Floor
New York, NY 10022

Richard M. Volin
Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

James P. Karen
Joshua S. Roseman
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Joseph Tacopina
*Of-Counsel*
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY 10017

Michael L. Eckert
Eckert, Kost & Vocke, LLP
P.O. Box 1247
Rhinelander, WI 54501-1247

John Balestriere—VIA U.S. MAIL
Balestriere, PLLC
225 Broadway, Suite 2700
New York, NY 10007

James F. Rittinger
Satterlee Stephens, Burke & Burke, LLP
230 Park Avenue, 11th Floor
New York, NY 10169

Dennis E. Murray, Jr.
Murray & Murray Co., L.P.A.
111 E. Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019

Scott E. Poynter
Emerson Poynter, LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202

F. Joseph Warin
William M. Jay
Jennifer J. Schulp
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Katherine Sadler
La Follette, Godfrey & Kahn
P.O. Box 2719
Madison, WI 53701-3719

Steven N. Berk
Cuneo, Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002

Fredric S. Fox—VIA U.S. MAIL
Kaplan, Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Jayson E. Blake
The Miller Law Firm, PC
950 W. University Drive, Suite 300
Rochester, MI 48307

James E. Gauch
Jones Day
51 Louisiana Avenue
Washington, DC 20001

Thomas C. McGraw
Gibson, Dunn & Crutcher
2100 McKinney Avenue, Suite 1100
Dallas, TX 74201

Sherrie R. Savett
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Steven A. Skalet
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-1609

Nancy M. Juda
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Michael T. Fantini
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

L. Horton
Crisp, Boyd, Poff, Schubert & Burgess
P.O. Box 6297
2301 Moores Lane
Texarkana, TX 75505-6297

Michael G. McLellan
Finkelstein, Thompson & Loughran
1050 30th Street NW
Washington, DC 20007

Steven A. Schwartz
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA 19041

   /s/ Gerald E. Martin
Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY