IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355(JDB);<br>MDL Docket No. 1772 |

## AMENDED NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), Laurel A. Johnston, counsel with liaison counsel firm Barrett, Johnston & Parsley, hereby enters her appearance in all consolidated actions on behalf of Plaintiff Jason Plunkett.

Her business contact information is:

> Barrett, Johnston & Parsley
> 217 Second Avenue North
> Nashville, Tennessee 37201
> (615) 244-2202
> (615) 252-2798 (facsimile)

Her Tennessee Bar Identification Number is 024532.

Respectfully submitted,

 /s/  Laurel A. Johnston
Laurel A. Johnston, Esq.
Gerald E. Martin, Esq.
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, Tennessee 37201
(615) 244-2202
(615) 252-3798 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of May 2007, a copy of the foregoing <u>Notice of Entry of Appearance</u> was served on the following through the court's electronic filing system:

| | |
|---|---|
| Donald Hall<br>Kaplan, Fox & Kilsheimer, LLP<br>805 Third Ave., 22nd Floor<br>New York, NY 10022 | James F. Rittinger<br>Satterlee Stephens, Burke & Burke, LLP<br>230 Park Avenue, 11th Floor<br>New York, NY 10169 |
| Richard M. Volin<br>Michael G. McLellan<br>Finkelstein, Thompson & Loughran<br>1050 30th Street, NW<br>Washington, DC 20007 | Dennis E. Murray, Jr.<br>Murray & Murray Co., L.P.A.<br>111 E. Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871-0019 |
| James P. Karen<br>Joshua S. Roseman<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201-1515 | Scott E. Poynter<br>Emerson Poynter, LLP<br>2228 Cottondale Lane, Suite 100<br>Little Rock, AR 72202 |
| Joseph Tacopina<br>*Of-Counsel*<br>Arthur L. Aidala & Associates, P.C.<br>597 Fifth Avenue<br>New York, NY 10017 | F. Joseph Warin<br>William M. Jay<br>Jennifer J. Schulp<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036 |
| Michael L. Eckert<br>Eckert, Kost & Vocke, LLP<br>P.O. Box 1247<br>Rhinelander, WI 54501-1247 | Katherine Sadler<br>La Follette, Godfrey & Kahn<br>P.O. Box 2719<br>Madison, WI 53701-3719 |
| John Balestriere—VIA U.S. MAIL<br>Balestriere, PLLC<br>225 Broadway, Suite 2700<br>New York, NY 10007 | Steven N. Berk<br>Cuneo, Gilbert & LaDuca, LLP<br>507 C Street, N.E.<br>Washington, DC 20002 |

| | |
|---|---|
| Fredric S. Fox—VIA U.S. MAIL<br>Kaplan, Fox & Kilsheimer, LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY  10022 | Nancy M. Juda<br>Lerach, Coughlin, Stoia, Geller, Rudman &<br>   Robbins, LLP<br>1100 Connecticut Avenue, N.W.<br>Suite 730<br>Washington, DC  20036 |
| Jayson E. Blake<br>The Miller Law Firm, PC<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307 | Michael T. Fantini<br>Berger & Montague, PC<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| James E. Gauch<br>Jones Day<br>51 Louisiana Avenue<br>Washington, DC 20001 | L. Horton<br>Crisp, Boyd, Poff, Schubert & Burgess<br>P.O. Box 6297<br>2301 Moores Lane<br>Texarkana, TX 75505-6297 |
| Thomas C. McGraw<br>Gibson, Dunn & Crutcher<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 74201 | Michael G. McLellan<br>Finkelstein, Thompson & Loughran<br>1050 30th Street NW<br>Washington, DC 20007 |
| Sherrie R. Savett<br>Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103 | Steven A. Schwartz<br>Chimicles & Tikellis, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041 |
| Steven A. Skalet<br>Mehri & Skalet, PLLC<br>1250 Connecticut Avenue, NW, Suite 300<br>Washington, DC 20036-1609 | |

 /s/ Gerald E. Martin
Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY