**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-355 (JDB);<br>MDL Docket No. 1772 |

**NOTICE OF NAME CHANGE**

Defendant National Association of Securities Dealers, Inc. (NASD) has changed its name to Financial Industry Regulatory Authority, Inc. (FINRA). The name change took effect July 30, 2007, with the completion of the transaction consolidating the regulatory functions of NASD and NYSE Regulation, Inc. The corresponding amendment to the certificate of incorporation has been approved on an expedited basis by the Securities and Exchange Commission.

No changes are necessary to the Local Rule 7.1 statements previously filed by NASD (most recently in the Meet-and-Confer Statement filed Sept. 13, 2006): FINRA has no outstanding securities in the hands of the public and no parent company, subsidiary, or affiliate which has any outstanding securities in the hands of the public.

Dated: July 31, 2007

OF COUNSEL:
John J. Flood, D.C. Bar No. 269837
FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.
1735 K Street, N.W.
Washington, D.C. 20036

Respectfully submitted,

By: /s/  William M. Jay
F. Joseph Warin, D.C. Bar No. 235978
William M. Jay, D.C. Bar No. 480185
Jennifer J. Schulp, D.C. Bar No. 497742
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

*Attorneys for Defendant*
*Financial Industry Regulatory Authority, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2007, I caused FINRA's Notice of Name Change to be served on all parties required to be served by the means listed below:

All parties whose counsel are registered with the Court's CM/ECF system were served electronically.

The following parties were served by mailing one copy of the document by U.S. mail, first class postage prepaid, to their counsel at the addresses listed:

| | |
|---|---|
| John Balestriere<br>BALESTRIERE PLLC<br>225 Broadway, Suite 2700<br>New York, NY  10007<br><br>*Attorney for Andrew Crabbe and Linda Cutler* | William W. Graham<br>GRAHAM & ERVANIAN, P.C.<br>604 Locust Street, Suite 630<br>Des Moines, IA  50309<br><br>*Attorney for Christopher Wilson* |
| Joseph Tacopina<br>*Of Counsel*<br>ARTHUR L. AIDALA & ASSOCIATES, P.C.<br>597 Fifth Avenue<br>New York, NY  10017<br><br>*Attorney for James Bruen* | Philip J. Fowler<br>GLOOR LAW GROUP, LLC<br>225 West Wacker Drive<br>17th Floor<br>Chicago, IL 60606<br><br>*Attorney for Louis Wierenga* |

/s/ William M. Jay

William M. Jay