**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>06-cv-280; 06-cv-382; 06-cv-525; 06-cv-554; 06-cv-580; 06-cv-624; 06-cv-652; 06-cv-915; 06-cv-1320; 06-cv-1323; 06-cv-1324; 06-cv-1377; 06-cv-1378; 06-cv-1379; 06-cv-1380; 06-cv-1381; 06-cv-1556; 06-cv-1823; 07-cv-674 | Misc. Action No. 06-355(JDB);<br>MDL Docket No. 1772 |

**NOTICE OF APPEAL**

Notice is hereby given on this 3rd day of October 2007, that the Court appointed Co-Liaison Counsel for the Plaintiffs William Lowe, Timothy Wallin, Jason Plunkett, Jennifer Hester, Andrew Crabbe, Linda Cutler, Gueorgui Ivanov, Alex Ruimerman, Atal Varma, Nassim Ketita, Thomas Ribeiro, Jason Crockett, Maxwell Janis, and Frank Marino acting on their own behalf and as class representatives, in the above-captioned case, and all other plaintiffs in the cases cited in the caption above, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's final judgment dismissing Plaintiff's claims pursuant to its September 7, 2007 Order and Memorandum Opinion (Docket Nos. 64 and 63, respectively).

Respectfully submitted,


/s/ Gerald E. Martin
Gerald E. Martin
Laurel A. Johnston
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
Telephone: 615-244-2202
Facsimile: 615-252-3798

Herbert E. Milstein (DC Bar # 26203)
COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  202-408-4600
Facsimile:   202-408-4699

Jonathan W. Cuneo (DC Bar# 939389)
William H. Anderson (DC Bar # 502380)
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813

Stephen A. Weiss
Michael S. Farkas
SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: 212-584-0700
Facsimile: 212-584-0799

*Liaison Counsel for Plaintiffs*

Steven N. Berk (DC Bar # 432870)
CHAVEZ & GERTLER LLP
1225 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: 202-232-7550
Facsimile: 202-232-7556

2

Steven A. Schwartz
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633

*Of Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of October, 2007, a copy of the foregoing

<u>Notice of Appeal</u> was served on the following through the court's electronic filing system:

| | |
|---|---|
| Jonathan Watson Cuneo<br>William H. Anderson<br>Cuneo Gilbert & Laduca, LLP<br>507 C Street, NE<br>Washington, DC 20002 | John Balestriere<br>Balestriere, PLLC<br>225 Broadway, Suite 2700<br>New York, NY 10007 |
| Steven N. Berk<br>Chavez & Gertler, LLP<br>1225 15th Street, NW<br>Washington, DC 20005 | Jayson E. Blake<br>The Miller Law Firm, PC<br>950 West University Drive, Suite 300<br>Rochester, MI 48307 |
| Michael L. Eckert<br>Eckert, Kost & Vocke, LLP<br>P.O. Box 1247<br>Rhinelander, WI 54501 | Michael T. Fantini<br>Sherrie R. Savett<br>Berger & Montague, PC<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| Philip J. Fowler<br>Daniel P. Jackson<br>Gloor Law Group, LLP<br>225 West Wacker Drive, 17th Floor<br>Chicago, IL 60606 | Frederic S. Fox<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 |
| James E. Gauch<br>Jones Day<br>51 Louisiana Avenue<br>Washington, DC 20001 | Jason L. Horton<br>Crisp Boyd Poff Shubert & Burgess<br>P.O. Box 6297<br>2301 Moores Lane<br>Texarkana, TX 75505-6297 |
| William M. Jay<br>Jennifer J. Schulp<br>Francis Joseph Warin<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5306 | Nancy M. Juda<br>Coughlin Stoia Geller<br>Rudman & Robbins, LLP<br>1100 Connecticut Avenue, NW, Suite 730<br>Washington, DC 20036 |

| | |
|---|---|
| James P. Karen<br>Joshua S. Roseman<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201 | Michael G. McLellan<br>Finkelstein Thompson, LLP<br>1050 30th Street NW<br>Washington, DC 20007 |
| Jeffrey S. Nobel<br>Shatz Nobel Izard, PC<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 | Scott E. Poynter<br>Emerson Poynter, LLP<br>The Museum Center<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR 72201 |
| John G. Richard, II<br>Davis, Bucco & Ardizzi<br>10 East Sixth Avenue, Suite 100<br>Conshohocken, PA 19428 | Adam T. Savett<br>Institutional Shareholder Services<br>2099 Gaither Road, Suite 501<br>Rockville, MD 20850 |
| Steven A. Schwartz<br>Chimicles & Tikellis, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | Steven A. Skalet<br>Mehri & Skalet, PLLC<br>1250 Connecticut Avenue, NW, Suite 300<br>Washington, DC 20036-1609 |
| Stephen A. Weiss<br>Seeger Weiss, LLP<br>One Williams Street<br>New York, NY 10004 | |

        /s/ Gerald E. Martin
        Gerald E. Martin
        BARRETT, JOHNSTON & PARSLEY