# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION<br><br>This Document Relates To:<br>06-cv-280; 06-cv-382; 06-cv-525; 06-cv-554; 06-cv-580; 06-cv-624; 06-cv-652; 06-cv-915; 06-cv-1320; 06-cv-1323; 06-cv-1324; 06-cv-1377; 06-cv-1378; 06-cv-1379; 06-cv-1380; 06-cv-1381; 06-cv-1556; 06-cv-1823; 07-cv-674 | Misc. Action No. 06-355(JDB);<br>MDL Docket No. 1772 |

## NOTICE OF FILING TRANSCRIPT ORDER

Please take note that filed contemporaneously herewith is a copy of plaintiffs' transcript order invoice.

Respectfully submitted,

/s/ Gerald E. Martin
Gerald E. Martin
Laurel A. Johnston
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
Telephone: 615-244-2202
Facsimile: 615-252-3798

Herbert E. Milstein (DC Bar # 26203)
COHEN, MILSTEIN, HAUSFELD &
    TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  202-408-4600
Facsimile:   202-408-4699

Jonathan W. Cuneo (DC Bar# 939389)
William H. Anderson (DC Bar # 502380)
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813

Stephen A. Weiss
Michael S. Farkas
SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: 212-584-0700
Facsimile: 212-584-0799

*Liaison Counsel for Plaintiffs*

Steven N. Berk (DC Bar # 432870)
CHAVEZ & GERTLER LLP
1225 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: 202-232-7550
Facsimile: 202-232-7556

Steven A. Schwartz
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633

*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of October, 2007, a copy of the foregoing <u>Notice of Filing Transcript Order</u> was served on the following through the court's electronic filing system:

Jonathan Watson Cuneo
William H. Anderson
Cuneo Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002

John Balestriere
Balestriere, PLLC
225 Broadway, Suite 2700
New York, NY 10007

Steven N. Berk
Chavez & Gertler, LLP
1225 15th Street, NW
Washington, DC 20005

Jayson E. Blake
The Miller Law Firm, PC
950 West University Drive, Suite 300
Rochester, MI 48307

Michael L. Eckert
Eckert, Kost & Vocke, LLP
P.O. Box 1247
Rhinelander, WI 54501

Michael T. Fantini
Sherrie R. Savett
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Philip J. Fowler
Daniel P. Jackson
Gloor Law Group, LLP
225 West Wacker Drive, 17th Floor
Chicago, IL 60606

Frederic S. Fox
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

James E. Gauch
Jones Day
51 Louisiana Avenue
Washington, DC 20001

Jason L. Horton
Crisp Boyd Poff Shubert & Burgess
P.O. Box 6297
2301 Moores Lane
Texarkana, TX 75505-6297

William M. Jay
Jennifer J. Schulp
Francis Joseph Warin
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306

Nancy M. Juda
Coughlin Stoia Geller
Rudman & Robbins, LLP
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036

James P. Karen  
Joshua S. Roseman  
Jones Day  
2727 North Harwood Street  
Dallas, TX 75201  

Jeffrey S. Nobel  
Shatz Nobel Izard, PC  
20 Church Street, Suite 1700  
Hartford, CT 06103  

John G. Richard, II  
Davis, Bucco & Ardizzi  
10 East Sixth Avenue, Suite 100  
Conshohocken, PA 19428  

Steven A. Schwartz  
Chimicles & Tikellis, LLP  
361 West Lancaster Avenue  
Haverford, PA 19041  

Stephen A. Weiss  
Seeger Weiss, LLP  
One Williams Street  
New York, NY 10004  

Michael G. McLellan  
Finkelstein Thompson, LLP  
1050 30th Street NW  
Washington, DC 20007  

Scott E. Poynter  
Emerson Poynter, LLP  
The Museum Center  
500 President Clinton Avenue, Suite 305  
Little Rock, AR 72201  

Adam T. Savett  
Institutional Shareholder Services  
2099 Gaither Road, Suite 501  
Rockville, MD 20850  

Steven A. Skalet  
Mehri & Skalet, PLLC  
1250 Connecticut Avenue, NW, Suite 300  
Washington, DC 20036-1609  

   

/s/ Gerald E. Martin  
Gerald E. Martin  
BARRETT, JOHNSTON & PARSLEY