AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 20020863

**MAKE CHECKS PAYABLE TO:**

Steven N. Berk, Esq.
Chavez & Gertler
1225 15th Street, NW
Washington, DC 20005

Phone: (202) 232-7550

Bryan A. Wayne, RPR, CRR
United States Court Reporter
U.S. Courthouse, Room 6714
333 Constitution Avenue, N.W.
Washington, DC 20001

Phone: (202) 354-3186
FAX: (202) 289-8464
Tax ID: 27-0119350
bryanawayne@verizon.net

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 10-10-2007   DATE DELIVERED: 10-11-2007

**Case Style:** MC 06-0355, IN RE: Series 7 Broker Qualifications Exam Scoring Litigation
Transcript of 4/25/07 motions hearing before Judge Bates

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 79 | 0.83 | 65.57 | | | | 65.57 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 65.57 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $65.57 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                                     DATE

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory Pro trial version www.pdffactory.com